# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00427-CV

**Larry Robert Wiley, Appellant**

**v.**

**Pope Materials, Inc., Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 09-0935-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellee Pope Materials, Inc. has filed a notice with this Court that appellant Larry Robert Wiley has filed a petition for chapter 13 bankruptcy (United States Bankruptcy Court, W.D. Tex., Austin Division, Case Number 10-12324-cag). Accordingly, this appeal is automatically stayed. *See* 11 U.S.C.A. § 362(a) (West 2004 & Supp. 2010). Any party may file a motion to reinstate upon the occurrence of an event that allows the case to proceed or if any party believes the automatic stay does not apply to this appeal. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift in the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Bankruptcy

Filed: August 31, 2010